UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 10359
    DOROTHY J HUNTER
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-0150
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/22/05 and confirmed on 06/24/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 39135.18 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BECKET & LEE LLP | UNSECURED | 1916.83 | .00 | 1168.47 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7700.11 | .00 | 4693.89 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7206.50 | .00 | 4392.99 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1338.04 | .00 | 815.65 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1960.43 | .00 | 1195.05 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6264.04 | .00 | 3818.48 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4240.92 | .00 | 2585.21 |
| DISCOVER BANK | UNSECURED | 1737.47 | .00 | 1059.14 |
| DISCOVER BANK | UNSECURED | 2247.20 | .00 | 1369.86 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 320.25 | .00 | 195.22 |
| FLEET | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 431.07 | .00 | 262.77 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 790.90 | .00 | 482.12 |
| ROUNDUP FUNDING LLC | UNSECURED | 3108.15 | .00 | 1894.69 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MARATHON OIL | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 1177.68 | .00 | 717.90 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1756.11 | .00 | 1070.50 |
| US BANK | UNSECURED | 10785.59 | .00 | 6574.75 |
| ECAST SETTLEMENT CORP | UNSECURED | 673.48 | .00 | 410.54 |
| VICTORIAS SECRET | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |

```
WELLS FARGO FINANCIAL IN  UNSECURED      1004.57            .00        612.37
WORLD FINANCIAL NETWORK   UNSECURED      1055.95            .00        643.69
WORLD FINANCIAL NETWORK   UNSECURED      1555.76            .00        948.37
COUNTRY DOOR              UNSECURED       157.46            .00         95.99
SEARS BKRUPTCY RCVRY MGM  UNSECURED     NOT FILED           .00           .00
SEVENTH AVENUE            UNSECURED       639.41            .00        389.78
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00     58067.92         .00     58067.92
PRINCIPAL PAID          .00          .00     35397.43         .00     35397.43
INTEREST PAID           .00          .00          .00         .00          .00
TOTAL PAID              .00          .00     35397.43         .00     35397.43
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    1300.00   direct and $   1400.00   through the plan.

The Trustee received $   1572.57 .

Refunds to the Debtor totaled $    765.18 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/23/08                     /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 05 B 10359 DOROTHY J HUNTER